**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| ANGELIQUE MARIA MARZANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a corporation; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 8:24-cv-01056-JVS(ADSx)<br><br>**ORDER THAT MATTER BE REMANDED TO THE STATE COURT**<br><br>*[Assigned to District Judge James V. Selna & Magistrate Judge Autumn D. Spaeth]*<br><br>Complaint Filed:  3/20/2024<br>Discovery Cut-off: 8/08/2025<br>Trial Date:          7/22/2025 |

Having read the Joint Stipulation of the parties that the amount in controversy to be recovered by Plaintiff in this case, including special damages, general damages, shall not exceed $75,000.00.

IT IS HEREBY ORDERED that this action shall be remanded to the State Court and shall not remain in Federal Court.

DATED: December 22, 2024

James V. Selna, United States District Judge